19497

The STATE, Respondent, v. Ralph PARKER, Appellant
(191 S. E. (2d) 824)

*Messrs. Melvin L. Roberts,* and *Levy S. Alford,* of York, *for Appellant.*

*Messrs. Daniel R. McLeod, Atty. Gen., Ellison D. Smith, IV, Asst. Atty. Gen.,* of Columbia, and *William L. Ferguson, Asst. Sol.,* of Union, *for Respondent.*

October 16, 1972.

*Per Curiam:*

The appeal in this matter is manifestly without merit and is accordingly dismissed in open session under Rule 23 of the Rules of this Court.